IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS HERNANDEZ MORENO, <br><br> Defendant. | 8:25CR196 <br><br> MOTION TO DISMISS |

COMES NOW Plaintiff, United States of America, by and through the United States Attorney for the District of Nebraska, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully requests leave to dismiss, without prejudice, the Indictment (Filing No. 4) filed herein as to Defendant, CARLOS HERNANDEZ MORENO, due to the Indictment filed in Case No. 8:26CR7.

                                            UNITED STATES OF AMERICA,
                                            Plaintiff

By:    /s/ Lesley A. Woods
                      LESLEY A. WOODS
                      United States Attorney
                      1620 Dodge Street, Suite 1400
                      Omaha, NE 68102

CERTIFICATE OF SERVICE

    I hereby certify that on February 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                  s/ Sean P. Lynch
                                                  Assistant U.S. Attorney